**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Archblock LLC, *et al.*,[1] | ) | Case No. 26-10152 (CTG) |
| Debtors. | ) | (*Jointly Administered*) |

**DECLARATION OF LI JINMEI IN SUPPORT OF CREDITOR TECHTERYX LTD.'S MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104**

I, Li Jinmei, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am the sole Director of Techteryx Ltd. ("Techteryx"), a private limited liability company incorporated in the British Virgin Islands.

2. I submit this declaration in support of the *Motion of Creditor Techteryx Ltd. for the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104* (the "Motion"), filed substantially contemporaneously herewith.

3. Unless otherwise indicated, all facts set forth in this declaration are based upon (1) my personal knowledge; (2) my review of relevant documents; or (3) information supplied to me by Techteryx; Techteryx's officers, directors, or employees; or professionals retained by Techteryx.

4. To the best of my knowledge, all exhibits attached hereto are true and accurate copies, or true and accurate excerpts of those copies.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, to the extent applicable, are as follows: (1) Archblock LLC ("Archblock") (5978); (2) TrueCoin LLC ("TrueCoin") (4296); (3) TrustToken, Inc. ("TrustToken") (6585); (4) TrueTrading 1 GP LLC (4483); (5) TrueCoin II, LLC (7229); and (6) Archblock (Cayman) (n/a). The location of the Debtors' service address for purposes of these Chapter 11 cases is: Archblock LLC, PMB1125, 447 Sutter St., Ste 405, San Francisco, CA 94108.

## I. Factual Background

5. Alex de Lorraine ("ADL") currently serves as the Chairman of Archblock's Board of Directors, and was formerly its Chief Executive Officer from June 2023 to December 2024 and Chief Operating Officer from September 2020 to July 2023. *See* Exhibit A.

6. Archblock was, until recently, controlled by three managers: Michael Bland, Diana Bushard, and John Costantini. Michael Bland was Archblock's General Counsel from August 2025 until January 2026, and previously served as Archblock's Associate General Counsel from November 2022 until August 2025. *See* Exhibit B. Prior to joining Archblock, Michael Bland worked at TrustToken, one of Archblock's subsidiaries, since February 2016. *Id.* Diana Bushard served as Archblock's general counsel from July 2022 until August 2025, when she was replaced by Michael Bland. *See* Exhibit C. John Costantini has worked at Archblock since August 2018, serving in several roles, including as Senior Vice President of Treasury and Finance, Head of Treasury and Trading, and a quantitative trader. *See* Exhibit D.

7. In March 2018, TrueCoin launched the TrueUSD business—providing customers with access to digital tokens called TUSD, which traded on various digital asset platforms, and were supposed to be backed with U.S. dollar reserves (the "TUSD Reserves"). The TUSD Reserves were purportedly kept and safeguarded by independent licensed financial institutions, in escrow, and maintained in either U.S. fiat currency or equivalent assets in values at least equal to the amount of outstanding TUSD at any given time.

8. TUSD's operations can be summarized as follows:

- TrueCoin maintained a website through which it marketed TUSD.
- After supplying certain information for a required know-your-customer process, users interested in acquiring TUSD could order a quantity of tokens from the website in exchange for an equivalent amount in U.S. dollars; the U.S. dollars would be held in the TUSD Reserves.

- TrueCoin custodied the TUSD Reserves with certain regulated financial institutions, including trust companies.

- TrueCoin then "minted" the quantity of TUSD ordered on the blockchain and sent it to the purchaser.

- TUSD users wishing to redeem their TUSD could do so via the TrueCoin website. Redeemed tokens would be "burned" on the blockchain—meaning they would cease to exist—and the equivalent amount of U.S. dollars would be returned to the user from the TUSD Reserves.

9. To ensure that redemption requests could be met, it was imperative that the TUSD Reserves be invested in short- to medium-term and liquid investment positions.

10. Pursuant to a Strategic Alliance Agreement dated December 2, 2020 ("SAA"), Techteryx purchased the TUSD business from TrueCoin, which included the rights and interests in the TUSD Reserves, for $28 million and additional incentive payments that could be earned over time (the "Acquisition"). *See* Exhibit E § 2.5(a).

11. Pursuant to a Master Services Agreement dated December 2, 2020 ("MSA"), Techteryx engaged TrueCoin to continue managing the day-to-day operations of the TUSD business in exchange for yearly payments that were expected to total several million dollars each year. *See* Exhibit F at Exhibits A-1–A-4. Among its many obligations, TrueCoin was tasked with managing and maintaining relationships with financial institutions that provide banking services for the TUSD Reserves. *See id.*

12. Under the MSA, ADL was designated as the primary relationship manager between TrueCoin and Techteryx. *See id.* The MSA also designated John Costantini as a "back-up" relationship manager. *See id.* at Exhibit A-1. As reflected in a Techteryx board resolution, ADL was authorized to execute decisions for investing the TUSD Reserves in the approved investment products.

13. Prior to Techteryx's Acquisition, in or around May 2019, TrueCoin engaged Legacy Trust Company Ltd. ("Legacy") to provide escrow services for the TUSD Reserves, and in or around March 2020, Legacy engaged Crossbridge Capital Asia Pte Ltd. ("Crossbridge") to provide investment management services for the TUSD Reserves.

14. In a March 31, 2020 investment proposal, Legacy and Crossbridge recommended that TrueCoin invest a significant portion of the TUSD Reserves in a Cayman incorporated mutual fund called Aria Commodity Finance Fund ("Aria CFF"). Techteryx has come to learn through an investigation and other proceedings that Aria CFF invested in illiquid medium- to long-term illiquid products—rather than short- to medium-term liquid assets. *See* Exhibit G. Between July 2020 and December 2020, TrueCoin approved directing at least $97 million of the TUSD Reserves in Aria CFF. This accounted for approximately one-third of the total TUSD Reserves as of the closing of the Acquisition. Upon the Acquisition, all of TrueCoin's rights, title, and interest in and to the TUSD Reserves passed to Techteryx, along with the rest of the TUSD business.

15. Aria CFF's management shares are owned by Aria Capital Management Ltd., a Cayman entity wholly owned by Matthew William Brittain ("Brittain"). Aria CFF is part of a global network of several "Aria" entities, all of which are owned and/or controlled by Brittain. Brittain has identified himself as the ultimate beneficial owner of more than 20 Aria entities in three corporate structures worldwide. *See* Exhibit H ¶ 8.

16. Because the TUSD Reserves were invested in Aria CFF—a fund which did not consist of cash or cash equivalents—TUSD was no longer safely backed with U.S. dollar reserves. Nevertheless, leading up to and through the time of the Acquisition, TrueCoin repeatedly misrepresented to Techteryx and its agents and advisors that TUSD continued to be sufficiently backed by the TUSD Reserves. TrueCoin also shared this same misrepresentation with the public

via TrueCoin's publications and TrueCoin's Terms of Use on the TrueUSD website. *See* Exhibit I ¶¶ 53-68.

17. Had TrueCoin been truthful with Techteryx, and shared the true condition of the TUSD Reserves, Techteryx would not have moved forward with the Acquisition.

18. Around the time of the Acquisition, on TrueCoin's recommendation, Techteryx authorized a change of escrow services from Legacy to First Digital Trust Ltd. ("FDT"), and investment management services from Crossbridge to Finaport Pte Ltd. ("Finaport"). This, however, did not change the individuals in charge of managing the TUSD Reserves—Legacy's CEO and director (Vincent Chok ("Chok") was also the CEO and director of FDT, Crossbridge's CEO and partner (Yai Sukonthabhund ("Sukonthabhund")) joined Finaport as a partner, and ADL continued to execute instructions for investing the TUSD Reserves as the primary representative of TrueCoin.

19. Although the TUSD Reserves had to be invested in short- to medium-term positions to ensure that redemptions could be met, ADL, Chok, and Sukonthabhund recommended large investments of the TUSD Reserves in Aria CFF.

20. Aria CFF created false and misleading offering and marketing materials, including an April 2020 Fact Sheet and June 2019 and May 2020 Private Placement Memoranda. These documents included numerous material misrepresentations, including but not limited to: (1) the June 2019 Private Placement Memorandum falsely described Aria CFF as registered with the Cayman Islands Monetary Authority ("CIMA") (*see* Exhibit JJ at 1, 83), which did not in fact take place until July 2020; and the materials otherwise falsely claimed that (2) Aria CFF would invest at least 80% of its net assets in trade finance and the remaining 20% in other fixed income securities and money market instruments (*see id.* at 8, 36-37); (3) the average duration of the contracts

underlying Aria CFF's trade finance investments was 42 days (*see* Exhibit K at 1); (4) all of the fund's transactions would be insured by A-rated institutions (*see id.*); and (5) Aria CFF would file audited accounts with CIMA annually (*see* Exhibit J at 96).

21. ADL, Chok, and Sukonthabhund also made numerous additional material misrepresentations about Aria CFF, including the following:

- On February 4, 2021, Chok fraudulently misrepresented that Aria CFF invests in interest-bearing products with minimum fluctuations in value that could be redeemed on a quarterly basis, and that Aria CFF's insurance coverage provided a high level of safety. *See* Exhibit L.
- On February 8, 2021, Sukonthabhund fraudulently misrepresented that Aria CFF's investments were insured. *See* Exhibit M.
- On July 9, 2021, ADL fraudulently misrepresented that Aria CFF's investments would have a duration of 60 to 90 days. *See* Exhibit N.
- On February 25, 2022—in response to a query about whether Aria CFF was a risky investment—ADL fraudulently misrepresented that Aria CFF's investments were triple insured and invested in trade finance, and that Techteryx could redeem its investments within 90 days. *See* Exhibit O.

22. Judge Michael Black, King's Counsel, wrote in a decision in a Dubai International Financial Centre ("DIFC") court proceeding related to this fraud that "Aria [CFF] was stating, and [ADL] was repeating, that [Aria CFF's] strategy was to invest in short-term asset-backed, insurance-backed, independently verified commodity trade finance transaction[s] with large institutions." Exhibit OO ¶ 201. "There was no suggestion that [Aria CFF] was providing long term project finance to related entities." *Id.*

23. A total of $468 million of TUSD Reserves was ultimately allocated for placement with Aria CFF. However, ADL, Chok, and Sukonthabhund, with the aid of Brittain, misdirected $456 million of the TUSD Reserves to another entity—Aria Commodities DMCC ("Aria DMCC"). Aria DMCC is a Dubai private company that was wholly owned, at all relevant times,

by Cecilia Brittain—Matthew Brittain's wife, a school teacher with no financial background or experience. Techteryx neither approved nor knew about this diversion.

24. Brittain has admitted under oath in the DIFC court proceeding related to the Aria fraud that $456 million of the TUSD Reserves were misappropriated to Aria DMCC. *See* Exhibit P ¶ 23. Among other things, Brittain stated that FDT intentionally sent the TUSD Reserves to Aria DMCC, and that in December 2022, Brittain, Chok, Aria CFF, Aria DMCC, and FDT executed false subscription documents to make it appear to Techteryx that FDT had invested the TUSD Reserves in Aria CFF. *See id.* ¶¶ 23-24, 31-34. Notwithstanding Brittain's testimony, Chok inconsistently testified under oath in a Hong Kong court proceeding that Aria CFF made the decision to direct the TUSD Reserves to Aria DMCC.

25. Despite the co-conspirators' representations to Techteryx that the TUSD Reserves would be invested in short- to medium-term, low-risk investments, Aria DMCC has admitted that it invested the TUSD Reserves in long-term, illiquid assets such as: (1) coal mines in Tanzania; (2) wind- and solar- related assets in Australia; (3) interests in a bitumen storage terminal; (4) grain silos in Latvia; (5) grain reserves in Western Australia; (6) a waste-lead battery plant in Tanzania; and (7) a deep-water port and storage facility in Australia. *See id.* ¶ 18. It is self-evident that none of these are short- to medium-term, low-risk investments.

26. Techteryx was unaware that $456 million of the TUSD Reserves had been invested in a different Aria entity—*i.e.*, Aria DMCC, not Aria CFF—until years later, and only after hiring a forensic financial investigation firm to trace the fraud's proceeds.

27. Between October 2022 and May 2023, Techteryx sought to redeem $82.8 million of the investments purportedly made in Aria CFF; however, Aria CFF was unable to timely make the full repayment, and returned only $63.15 million to Techteryx.

28. During this time, Brittain, ADL, Chok, and Sukonthabhund continued to insist that Aria CFF was a safe and liquid investment. For example, during an October 21, 2022 call that included ADL, Chok, and Sukonthabhund, Brittain falsely claimed that Aria CFF was fully collateralized, was insured by AIG and Liberty Mutual, and faced no liquidity concerns. And on November 24, 2022, Techteryx's agents and advisors attended an in-person meeting at Aria CFF's offices in Dubai, during which Brittain, ADL, and Chok continued to insist that Aria CFF was liquid, and blamed the delayed redemption payments on Aria CFF sharing the name "Aria" with entities on terrorist financing lists, which supposedly caused banks to delay payment.

29. In May 2023, October 2023, and February 2024, Techteryx made further redemption requests, collectively seeking the return of the net investment amount thought to be remaining with Aria CFF—$501.85 million. Those requests remain unpaid.

30. In around April 2023, Techteryx engaged a forensic financial investigation firm to investigate the Aria entities and the misappropriation of the TUSD Reserves. That investigation revealed that the TUSD Reserves had not been invested in liquid, insured, short- to medium-term instruments—as ADL and his co-conspirators had repeatedly represented to Techteryx—but were instead invested in illiquid, uninsured, medium- to long-term investments or commodities, or were otherwise misappropriated.

31. Techteryx has also learned that FDT and Finaport received sizable so-called "commissions" in exchange for investing the TUSD Reserves with the Aria entities. Indeed, Brittain has admitted under oath that FDT diverted $456 million of the TUSD Reserves to Aria DMCC to allow Brittain to more easily send secret "commissions" through a Hong Kong incorporated entity called Glass Door Limited ("Glass Door") (which was related to FDT/Legacy, and is operated by Sukonthabhund). *See id.* ¶¶ 23-24. In addition, Brittain has confirmed that the

misdirection of the TUSD Reserves to Aria DMCC netted Glass Door commissions of at least $15.5 million. *See* Exhibit Q ¶ 25(b). Upon information and belief, those commissions were then shared with others, including but not necessarily limited to TrueCoin, pursuant to a Partner Agreement under which TrueCoin agreed to refer business to Legacy and assist Legacy in retaining such business. *See* Exhibit R.

This Declaration is made based on my good faith understanding of the facts as of this date, and I reserve all rights to modify or supplement this Declaration.

Date: March 30, 2026

Li Jinmei

NOTARY PUBLIC
Denyse Yeo Su-En
NP2025/0551
1 Oct 2025 – 30 Sep 2026
SINGAPORE